Preska, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

    Plaintiff,

vs.

CROWN FINE ART LLC, a New York limited
liability company, d/b/a CROWN FINE ART,
and 419-421 WEST BROADWAY REALTY
CORP., a New York corporation,

    Defendants.
_____/

CASE NO: 1:15-cv-07146-LAP



RECEIVED

DEC 07 2016

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, CROWN FINE ART LLC, a New York limited liability company, d/b/a CROWN FINE ART, and 419-421 WEST BROADWAY REALTY CORP., a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 25th day of November, 2016.

By: /s/ Robert J. Mirel
Robert J. Mirel, Esq.
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: /s/ Paltzik
Edward A. Paltzik, Esq.
JOSHPE LAW GROUP LLP
360 Lexington Avenue, Suite 1502
New York, NY 10017
Telephone: (646) 820-6701
Facsimile: (212) 313-9478
E-mail: epaltzik@joshpelaw.com
Attorneys for Crown Fine Art LLC

By: *Jack L. Cohen*
Jack L. Cohen, Esq.
LAW OFFICES OF
CHARLES J. SIEGEL
125 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 440-2335
Facsimile: (866) 603-8595
Email: Jack.Cohen@cna.com
*Attorneys for 419-421 West Broadway Realty Corp.*

The clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED:**

*Loretta A. Preska*
Hon. Loretta A. Preska, U.S.D.J.

Date: 12/8/16